People v Djambazov (2023 NY Slip Op 05739)

People v Djambazov

2023 NY Slip Op 05739

Decided on November 15, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
CHERYL E. CHAMBERS
LINDA CHRISTOPHER
BARRY E. WARHIT, JJ.

2022-02305

[*1]The People of the State of New York, respondent,
v
Eric Djambazov, appellant. (S.C.I. No. 943/21)

Patricia Pazner, New York, NY (Victoria L. Benton of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Danielle M. O'Boyle of counsel; Gianna Gambino on the brief), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Queens County (Karen Gopee, J., at plea; Edwin Novillo, J., at sentence), rendered March 16, 2022, convicting him of criminal possession of stolen property in the fifth degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention that two orders of protection issued at the time of sentencing should be vacated is unpreserved for appellate review, as he failed to object to those orders of protection at sentencing or otherwise raise the issue before the Supreme Court (see CPL 470.05[2]; People v Martinez, 214 AD3d 1004; People v Byers, 211 AD3d 746, 747), and we decline to review it in the exercise of our interest of justice jurisdiction since the defendant agreed to the issuance of these orders as part of his plea agreement (see People v Augustin-Miranda, 215 AD3d 981; People v Byers, 211 AD3d at 747; People v D.A., 184 AD3d 581, 583).
DILLON, J.P., CHAMBERS, CHRISTOPHER and WARHIT, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court